UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>Vs.<br><br>Raul MARTINEZ-Salazar,<br>Defendant.<br><br>YOB: 1962<br>Citizen of United States<br><br>Defendant | Date of Arrest: September 13, 2017<br>) Magistrate's Case No. 17-1710MJ<br>)<br>) COMPLAINT FOR VIOLATION OF<br>) Title 8, United States Code,<br>) Section 1324(a)(1)(A)(ii) and<br>) (B)(i)<br>) Transportation of Illegal Aliens<br>) Count One<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Douglas W. Choi the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about September 13, 2017, within the District of Arizona, Defendant Raul MARTINEZ-Salazar, knowing or in reckless disregard of the fact that certain alien, namely, Fabian MORENO-Tiburcio, Pedro PASTRANA-Reyes, Martin PASTRANA-Reyes and Santiago FLORES-Garcia, had come to, entered, and remained in the United States, in violation of law, did transport and move, or, attempt to transport and move said alien(s) for commercial or private financial gain, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(i), (Felony).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Josh Kolsrud

_____
Douglas W. Choi
Border Patrol Agent

Sworn to before me and subscribed in my presence, September 15, 2017, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
v.

Raul MARTINEZ-Salazar

### STATEMENT OF FACTS

I, Douglas Choi, being duly sworn, do state the following:
On September 13, 2017, Border Patrol Agent (BPA) Rivas was assigned to line watch operations in Zone 3 of the Yuma, Arizona Border Patrol Station's area of responsibility near the Andrade, California Port of Entry.

At approximately 1715 hours, BPA Rivas was notified via his vehicle service radio that a citizen had witnessed a group of possible illegal aliens running from the open desert and load into a white Dodge Ram pickup truck, bearing California license plate CA6D79137, near Interstate 8 and the Gordon's Well Rest Area.

At approximately 1730 hours, BPA Rivas drove to Interstate 8 and observed a white Dodge Ram pickup truck travelling eastbound and exiting the freeway at the 4th Avenue exit. BPA Rivas proceeded to follow the vehicle and headed into Yuma, Arizona.

At approximately 1735 hours, BPA Rivas while driving near the intersection of 6th Avenue and 4th Street, attempted to perform a vehicle stop on the white Dodge Ram pickup truck that he had observed making an exit on Interstate 8. The white Dodge Ram pickup truck failed to yield and did not stop. BPA Rivas continued to pursue the white Dodge Ram pickup truck and observed it continuing to drive southbound on 6th Avenue. BPA Rivas further observed the white Dodge Ram disregard all traffic lights and signs as it continued driving southbound.

At Approximately 1745 hours, BPA Rivas pursued the white Dodge Ram to an alleyway between 7th Avenue and 8th Avenue near 10th Street. Immediately after, all occupants exited the vehicle and ran in different directions.

BPA Rivas exited his vehicle and pursued Fabian MORENO-Tiburcio on foot and arrested him. BPA Rivas questioned MORENO as to his citizenship and MORENO stated that he was a Mexican citizen without proper documentation to be or remain

in the United States legally. BPA Rivas observed the driver of the vehicle and two other occupants running westbound on 10th Street and the final occupant running south along the alleyway.

Yuma Police Department (YPD) Officers arrived near the general vicinity of BPA Rivas to assist. YPD Officers apprehended four male subjects just north of 7th Avenue and 10th Street. BPA Rivas arrived at the location and confirmed that the four male subjects that YPD had apprehended were indeed the driver and occupants of the white Dodge Ram. The subjects were Raul MARTINEZ-Salazar, Santiago FLORES-Garcia, Martin PASTRANA-Reyes and Pedro PASTRANA-Reyes. BPA Rivas identified MARTINEZ-Salazar as the driver and the remaining subjects as occupants. BPA Rivas questioned all four subjects as to their citizenship. MARTINEZ-Salazar was determined to be a United States citizen and the remaining three subjects stated that they were Mexican citizens without proper documentation to be or remain in the United States legally.

MARTINEZ-Salazar waived his *Miranda* Rights, and admitted driving the white Dodge pickup truck. MARTINEZ-Salazar admitted to conspiring to transport illegal aliens to Calexico, California for a fee of $600.00 United States Dollars (USD). MARTINEZ-Salazar stated he was also given $20.00 USD to be used for purchasing fuel for transporting the illegal aliens. MARTINEZ-Salazar stated that he knew all four occupants were illegally present in the United States. MARTINEZ-Salazar further admitted to transporting illegal aliens prior to this encounter and that he had done so with the promise of financial gain.

Sworn testimony was taken from Pedro PASTRANA-Reyes. PASTRANA stated he travelled to Mexicali, Baja California, Mexico from Guerrero, Mexico. PASTRANA stated he had made arrangements with a smuggler before he left Guerrero, Mexico. PASTRANA further stated he would be paying $5,000.00 USD to be smuggled to Santa Maria, California. Once PASTRANA arrived in Mexicali, he stayed at the hotel Orizaba for three days and was taken to the desert near the United States/Mexico border. PASTRANA stated that he crossed illegally into the United States and walked towards Interstate 8. PASTRANA stated that once he arrived at Interstate 8, he waited a few minutes before a white colored truck picked him up. PASTRANA stated the driver told him to get down once he got inside the vehicle. Shortly after, the driver stopped the vehicle and told PASTRANA to exit the

vehicle and run. PASTRANA further stated the driver was driving erratically and that he was not wearing his seatbelt.

Sworn testimony was taken from Fabian MORENO-Tiburcio. MORENO stated he travelled to Mexicali, Baja California, Mexico from Guerrero, Mexico. MORENO stated he had made arrangements with a smuggler before he left Guerrero, Mexico. MORENO further stated he would be paying $5,000.00 USD to be smuggled to California. Once MORENO arrived in Mexicali, he stayed at the Hotel Orizaba for three days and took a taxi to the desert near the United States/Mexico border. MORENO stated that he was given instructions to cross a canal and walk towards Interstate 8 and that he would be picked up by a white colored truck. MORENO stated that he crossed illegally into the United States, walked to Interstate 8 and a white colored truck stopped and picked him up. MORENO stated the driver instructed him to get down once he got inside the vehicle. Shortly after, the driver stopped the vehicle and told MORENO to exit the vehicle and run. MORENO stated that he and all other occupants including the driver exited the vehicle and ran.

Based on the foregoing, there is probable cause to believe that Raul MARTINEZ-Salazar violated the statutes as alleged in the attached complaint.

_____
Douglas Choi
Border Patrol Agent
United States Border Patrol

Sworn to before me and subscribed in my presence, September 15, 2017, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge